UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANDREW PRATT,

        Petitioner,

  -against-                         03-CV-1245
                                          (LEK/DRH)

M.J. ALLARD,

        Respondent.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on December 17, 2004 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Petitioner Andrew Pratt, which were filed on January 6, 2005.

It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its

ENTIRETY; and it is further

ORDERED, that the petition for a writ of habeas corpus is **DENIED** on all counts; and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:   April 20, 2005
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge