===================================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

### __NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 9:03-CV-1245 (LEK/DRH)**

---

**ANDREW PRATT,**

                       **Petitioner,**

   **-against-**

**M.J. ALLARD,**

                       **Respondent.**

---

☐    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable David R. Homer, dated December 17, 2004, is **APPROVED** and **ADOPTED** in its **ENTIRETY**; IT IS FURTHER ORDERED that the case is **DISMISSED** and judgment is entered in favor of the respondent as against the petitioner, in accordance with the **DECISION** and **ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated April 20, 2005.

**DATE:** __April 20, 2005__

**_LAWRENCE K. BAERMAN_**
CLERK OF THE COURT

*Scott A. Snyder* (signature)
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**